4-22CV-452-O

My Name is SHACKLES O CREC I'm writing to file a complaint on Tarrant County Jail medical staff for medical malpractice. On or about the 10 day of April I was in very bad pain here in the Jail. My appendix had failed me and I needed to be taking to the doctor or Emergency room for help. I told medical staff something was wrong with my organs in they said I was constipated in give me some medication to help with constipation. I stayed in pain for 4 days. I had a panic attack and they the officers put me in a holding cell with piss an shit in there for hours. I'm MHMR I feel like they made a direct threat to my health and safety.

SHACKIES D CLARK
1565 Sandy lane Apt#223
Fort worth TX 76112



NORTH TEXAS TX 7
23 MAY 2022PM 8

US POSTAGE PITNEY BOWES
ZIP 76196  $000.53⁰
02 1W
0001399895 MAY 23 2022

Offices of the Clerk
202 U.S. District Courthouse
N. District of Texas
Fort worth, TX 76102

76102-367502